**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>WELTMAN, WEINBERG & REIS CO., L.P.A.,<br><br>Defendant. | Case No. 1:17 CV 817<br><br>Judge Donald C. Nugent<br><br>Magistrate Judge William H. Baughman, Jr.<br><br>ORAL ARGUMENT REQUESTED |

**MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I-III OF THE PLAINTIFF'S COMPLAINT**

Plaintiff, the Consumer Financial Protection Bureau (Bureau) respectfully moves this Court under Federal Rule of Civil Procedure 56 to grant summary judgment in its favor and against Defendant Weltman, Weinberg and Reis Co., L.P.A. (WWR) as to liability on Counts I-III of the Bureau's Complaint. The Bureau requests oral argument.

The undisputed facts demonstrate that WWR violated the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692e(3), (10), and the Consumer Financial Protection Act of 2010 (CFPA), 12 U.S.C. §§ 5531(a)(1), 5536(a)(1)(A), 5536(a)(1)(B), by sending form demand letters that misrepresented that WWR attorneys were meaningfully involved in collecting consumers' debts. Thus, the Bureau is entitled to judgment in its favor on Counts I-III of the Complaint.

This motion is supported by the Bureau's Memorandum of Points and Authorities and accompanying exhibits, which are filed contemporaneously with this Motion and which are incorporated by reference.

Dated: February 23, 2018

Respectfully submitted,

Attorneys for Plaintiff
Consumer Financial Protection Bureau

KRISTEN A. DONOGHUE
Enforcement Director

DEBORAH MORRIS
Deputy Enforcement Director

MICHAEL G. SALEMI
Assistant Litigation Deputy

/s/ Sarah Preis

Sarah Preis
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9318
Facsimile: (202) 435-9346
Email: sarah.preis@cfpb.gov
Zol D. Rainey
Phone: (202) 435-9483
Facsimile: (202) 435-9346
Email: zol.rainey@cfpb.gov
Rebeccah G. Watson
Phone: (202) 435-7895
Facsimile: (202) 435-9346
Email: rebeccah.watson@cfpb.gov
Jehan A. Patterson
Phone: (202) 435-7264
Facsimile: (202) 435-9346
Email: jehan.patterson@cfpb.gov
*Enforcement Counsel*

**Certificate of Service**

I hereby certify that on February 23, 2018, a copy of the foregoing Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

/s/ Sarah Preis

Sarah Preis
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9318
Facsimile: (202) 435-9346
Email: sarah.preis@cfpb.gov