**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | Civil Action No. 1:17-cv-00817 |
| Plaintiff | |
| | Judge Donald C. Nugent |
| v. | |
| WELTMAN, WEINBERG & REIS CO., L.P.A., | Magistrate Judge William H. Baughman, Jr. |
| Defendant. | |

**NOTICE OF AUTHORITY TO RECOMMEND SETTLEMENT**

Plaintiff Consumer Financial Protection Bureau ("Bureau") hereby gives notice that the attorneys for the Bureau listed below will participate in mediation of the above-captioned case with authorized settlement parameters. These attorneys will be authorized to agree to a settlement in principle, subject to the Acting Director's approval and approval by the Court, within the previously authorized settlement parameters. These attorneys will also be able to make a recommendation to the Acting Director of the Bureau regarding any proposed settlement outside of the previously authorized settlement parameters that may result from mediation:

Sarah Preis, Enforcement Attorney

Michael G. Salemi, Assistant Litigation Deputy

Jehan A. Patterson, Enforcement Attorney

1

Dated: February 28, 2018

Respectfully submitted,

Attorneys for Plaintiff
Consumer Financial Protection Bureau

KRISTEN A. DONOGHUE
Enforcement Director

DEBORAH MORRIS
Deputy Enforcement Director

MICHAEL G. SALEMI
Assistant Litigation Deputy

/s/ Jehan A. Patterson

Sarah Preis
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9318
Facsimile: (202) 435-9346
Email: sarah.preis@cfpb.gov
Zol D. Rainey
Phone: (202) 435-9483
Facsimile: (202) 435-9346
Email: zol.rainey@cfpb.gov
Rebeccah G. Watson
Phone: (202) 435-7895
Facsimile: (202) 435-9346
Email: rebeccah.watson@cfpb.gov
Jehan A. Patterson
Phone: (202) 435-7264
Facsimile: (202) 435-9346
Email: jehan.patterson@cfpb.gov

*Enforcement Counsel*

## **Certificate of Service**

      I hereby certify that on February 28, 2018, a copy of the foregoing Notice of Authority to Recommend Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

/s/ Jehan A. Patterson
Jehan A. Patterson
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-7264
Facsimile: (202) 435-9346
Email: jehan.patterson@cfpb.gov