# Exhibit 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff<br><br>    v.<br><br>WELTMAN, WEINBERG & REIS CO., L.P.A.,<br><br>    Defendant. | Civil Action No. 1:17-cv-00817<br><br>Judge Donald C. Nugent<br><br>Magistrate Judge William H. Baughman, Jr. |

## PLAINTIFF'S WITNESS LIST

Pursuant to the Court's Civil Jury Trial Order (ECF No. 39), Plaintiff Consumer Financial Protection Bureau (Bureau) hereby submits its list of proposed witnesses and a brief description of the subject matter of their testimony.

1) **Ronald Goodstein, Ph.D.:** Dr. Goodstein, a professor of marketing at Georgetown University's McDonough School of Business, is expected to testify about a consumer survey he designed and conducted in accordance with accepted scientific standards of consumer survey methodology to test consumers' perceptions of Defendant Weltman, Weinberg & Reis Co., L.P.A.'s (WWR) initial demand letter. Dr. Goodman is also expected to testify about his expert opinion based on that consumer survey.

2) **Eileen Bitterman:** Ms. Bitterman is expected to testify about her duties as WWR's Chief Compliance Officer; her knowledge of the firm's business, composition, and

operations; the responsibilities of the firm's Consumer Collections Business Unit and its Agency Collections sub-unit in collecting consumer debt; WWR's drafting, review, and approval of the template demand letters that form the basis of the Bureau's claims; the content of firm-signed form demand letter templates (including both initial demand as well as follow-up letters); trainings that pertain to the firm's compliance with the FDCPA and CFPA; WWR's policies, procedures, and practices relating to consumer debt collection; attorney involvement in WWR's consumer debt collection practice; and the volume of debts WWR has collected since July 21, 2011.

Should the Court deny the Bureau's pending motion *in limine* to exclude Richard Cordray as witness and other evidence relating to retention and work for the Ohio Attorney General, then Ms. Bitterman is expected to testify about this issue as well. The Bureau does not waive its objection to the relevance of this evidence.

3) **Charles Pona:** Mr. Pona is expected to testify about his duties as WWR's Managing Shareholder of the Consumer Collections Business Unit; the Agency Collections sub-unit; WWR's processes to collect consumer debt; the role of relationship managers at WWR; and WWR's client account intake processes.

Should the Court deny the Bureau's motion *in limine* to exclude Richard Cordray as witness and other evidence relating to retention and work for the Ohio Attorney General, then Mr. Pona is expected to testify about this issue as well. The Bureau does not waive its objection to the relevance of this evidence.

4) **David Tommer:** Mr. Tommer is expected to testify about his duties as WWR's director of consumer collections; WWR's client account intake processes; the operation of the Consumer Collections Business Unit and Agency Collections sub-unit; and WWR's pre-litigation consumer debt collection efforts and operation.

5) **Mansour Matthew Heidari:** Mr. Heidari, an auditor and forensic financial analyst employed by the Bureau, is expected to testify as a rebuttal witness about his analysis of WWR's financial statements and information as they relate to the size of WWR's financial resources in connection with the Court's assessment of civil money penalties.