UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff<br><br>    v.<br><br>Weltman, Weinberg & Reis Co., L.P.A.,<br><br>    Defendant. | Civil Action No. 1:17-cv-00817<br><br>Judge Donald C. Nugent |

**PLAINTIFF'S STATEMENT REGARDING
PRE-TRIAL *DAUBERT* HEARING**

Defendant Weltman, Weinberg & Reis Co., L.P.A. (WWR) filed a motion *in limine* to exclude Plaintiff's expert, Dr. Ronald Goodstein, from testifying at the upcoming trial, scheduled to begin on May 1, 2018. ECF No. 62. The Plaintiff Consumer Financial Protection Bureau (Bureau) will file its response today, April 27, 2018. To the extent the Court will require a *Daubert* hearing to decide WWR's motion, Plaintiff respectfully requests that the Court schedule that hearing for Tuesday, May 1, 2018 at 8:30 am, prior to the start of the trial.

The Bureau respectfully requests, that, if the Court determines that the hearing should be held at another time, the Court make the parties aware of the date and time of the hearing so that Dr. Goodstein can make appropriate travel arrangements.

Dated: April 27, 2018

                                      Respectfully submitted,

                                      Attorneys for Plaintiff
                                      Consumer Financial Protection Bureau

KRISTEN A. DONOGHUE
Enforcement Director

DEBORAH MORRIS
Deputy Enforcement Director

MICHAEL G. SALEMI
Assistant Litigation Deputy

s/ Sarah Preis
Sarah Preis
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9318
Facsimile: (202) 435-9346
Email: sarah.preis@cfpb.gov
Rebeccah Watson
Phone: (202) 435-7895
Facsimile: (202) 435-9346
Email: rebeccah.watson@cfpb.gov
Jehan A. Patterson
Phone: (202) 435-7264
Facsimile: (202) 435-9346
Email: jehan.patterson@cfpb.gov
Zol D. Rainey
Phone: (202) 435-9483
Facsimile: (202) 435-9346
Email: zol.rainey@cfpb.gov

*Enforcement Counsel*

**Certificate of Service**

    I hereby certify that on April 27 a copy of foregoing Plaintiff's Statement Regarding Pre-Trial Daubert Hearing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

s/ Sarah Preis

Sarah Preis
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9318
Facsimile: (202) 435-9346
Email: sarah.preis@cfpb.gov