UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | CASE NUMBER 1: 17 CV 817 |
| Plaintiff, | JUDGE DONALD C. NUGENT |
| vs. | INTERROGATORIES |
| WELTMAN, WEINBERG & REIS, Co., L.P.A., | |
| Defendant. | |

1. Do you find that the Plaintiff proved by a preponderance of the evidence that the initial demand letter sent by Weltman contained any false, deceptive, or misleading representations or means in connection with the collection of a debt? __YES__ (Enter "yes" or "no").

If your answer to Interrogatory 1 is yes, continue to Interrogatory 2. If your answer is no, your deliberations are finished and you should not answer any further questions.

2. Do you find that the Plaintiff proved by a preponderance of the evidence that Weltman's lawyers were not meaningfully involved in the debt collection process. __NO__ (Enter "yes" or "no").

If your answer to Interrogatory 2 is yes, continue to Interrogatory 3. If your answer is no, your deliberations are finished and you should not answer any further questions.

3. Do you find that the Plaintiff proved by a preponderance of the evidence that the least sophisticated debtor would believe, based on the initial demand letter, that Weltman was acting as an attorney in the debt collection process? _____ (Enter "yes" or "no").

If your answer to Interrogatory 3 is yes, continue to Interrogatory 4. If your answer is no, your deliberations are finished and you should not answer any further questions.

4. Do you find that Plaintiff proved by a preponderance of the evidence that the representation that Weltman was acting as an attorney in the debt collection process was material? _____ (Enter "yes" or "no")

YOUR DELIBERATIONS ARE NOW COMPLETE. Please sign and date the Interrogatories in

the spaces provided below.

_____
Foreperson

_____

_____

_____

_____

_____

_____

_____

_____

_____

DATED: 4 MAY 2018