IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | CASE NO. 1:17 CV 817 |
| Plaintiff, | |
| v. | JUDGE DONALD C. NUGENT |
| WELTMAN, WEINBERG & REIS CO., L.P.A., | JUDGMENT ORDER |
| Defendant. | |

Pursuant to a Memorandum Opinion of this Court, Judgment is entered in favor of Defendants, Weltman, Weinberg & Reis Co., L.P.A., and against Plaintiff, the Consumer Financial Protection Bureau, on Counts One through Three of the Complaint, all other counts having been previously dismissed by the Plaintiff. Plaintiff has failed to prove any violation of the Fair Debt Collection Practices Act or the Consumer Financial Protection Act by a preponderance of the evidence. Costs are assessed to the Plaintiffs. IT IS SO ORDERED.

_____
Judge Donald C. Nugent
United States District Judge

DATED: _July 25, 2018_