# EXHIBIT H



Federal district court case

# Weltman, Weinberg & Reis Co., L.P.A.

The Consumer Financial Protection Bureau (CFPB) filed a lawsuit in a federal district court against the debt collection law firm Weltman, Weinberg & Reis for falsely representing in millions of collection letters sent to consumers that attorneys were involved in collecting the debt. The law firm made statements on collection calls and sent collection letters creating the false impression that attorneys had meaningfully reviewed the consumer's file, when no such review has occurred. The CFPB is seeking to stop the unlawful practices and recoup compensation for consumers who have been harmed.

## RELATED DOCUMENTS

Complaint

## PRESS RELEASE

CFPB Files Suit Against Law Firm for Misrepresenting Attorney Involvement in Collection of Millions of Debts

## ACTION DETAILS

Category

Federal district court case

Court

United States District Court Northern District of Ohio Eastern Division

Institution type

Nonbank

Status

Active

File number

1:17-cv-00817

Topics

- DEBT COLLECTION

- ENFORCEMENT

Date filed

APR 17, 2017

## FURTHER READING

### 💬 Blog

How we keep you safe in the consumer financial marketplace

JUN 02, 2017

### 📰 Newsroom

Bureau Of Consumer Financial Protection Settles With Defendants In Hydra Group Payday Lending Case

AUG 10, 2018

View more

Contact Us

Newsroom

Careers

Industry Whistleblowers

CFPB Ombudsman

FOIA

Plain Writing

Privacy

Website Privacy Policy & Legal Notices

Open Government

Administrative Adjudication

Accessibility

Office of Civil Rights

No FEAR Act Data

Tribal

USA.gov

Office of Inspector General

An official website of the United States government